In the Matter of HAROLD I. SCHNUER, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, October 30, 1942.

*Einar Chrystie* for petitioner.

No appearance for respondent.

PER CURIAM. On May 27, 1942, in the Court of General Sessions of the County of New York, the respondent pleaded guilty of the crime of grand larceny in the second degree. Said crime is a felony. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law (Cons. Laws, ch. 30), therefore, he must be disbarred.

MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and DORE, JJ., concur.

Respondent disbarred.